UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Amy L. Styer, a/k/a Amy Lou Styer, | : Case No. 08-21348 |
| | : Chapter 7 |
| Debtor | : |
| Commonwealth of Pennsylvania, Acting by Attorney General Thomas W. Corbert, Jr., | : |
| | : Adversary No. 08-2096 |
| Plaintiff | : |
| | : |
| v. | : |
| | : |
| Amy L. Styer, a/k/a Amy Lou Styer, | : |
| Defendant | : |

# ORDER

AND NOW, this 27 day of August, 2012, upon the discussion and for the reasons stated in the accompanying Memorandum Opinion,

IT IS HEREBY ORDERED that the Motion for Summary Judgment filed by the Commonwealth of Pennsylvania ("the Commonwealth") is HEREBY DENIED.

IT IS FURTHER ORDERED that JUDGMENT IS ENTERED IN FAVOR OF DEBTOR/DEFENDANT, AMY L. STYER ("Debtor'") on the Commonwealth's cause of action under 11 U.S.C. §523(a)(7) because Debtor's obligation to pay civil restitution is not exempt from discharge under 11 U.S.C. §523(a)(7).

IT IS FURTHER ORDERED that a trial shall be held on the

Commonwealth's claim that Debtor's obligation to pay civil restitution is nondischargeable under 11 U.S.C. §523(a)(2)(A)

On: **Monday, November 5, 2012**
At: **9:30 a.m., prevailing time**
In: **Courtroom No. 1,**
   **Third Floor, The Madison**
   **400 Washington St.**
   **Reading, PA.**


BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge