UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: AMY L. STYER, | : Chapter 7 |
| aka AMY LOU STYER, | : Case No. 08-21348REF |
| Debtor | : |
| COMMONWEALTH OF PENNSYLVANIA, | : |
| Plaintiff | : |
| v. | : Adv. No. 08-2096 |
| AMY L. STYER, | : |
| aka AMY LOU STYER, | : |
| Defendant | : |

# ORDER

AND NOW, this 2d day of December, 2013, upon my findings of fact and conclusions of law, as well as my discussion of both in the accompanying Memorandum Opinion of even date herewith,

IT IS HEREBY ORDERED that JUDGMENT ON THE COMPLAINT IS HEREBY ENTERED IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF.

IT IS FURTHER ORDERED that the debt owed by Defendant to Plaintiff is HEREBY DETERMINED TO BE DISCHARGEABLE.

BY THE COURT

_____
Richard E. Fehling
United States Bankruptcy Judge

26